# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 883 MAL 2015

            Respondent         :   Petition for Allowance of Appeal from
                                      :   the Order of the Superior Court

              v.                  :

MICHAEL CLOWARD,             :

            Petitioner          :


## ORDER


**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.